AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Eastern District of New York

| | | |
|---|---|---|
| United States of America | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   15 MJ 831 |
| Naray Palaniappan | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Naray Palaniappan.

Date:   09/22/2015

/s/
*Attorney's signature*

Zachary Margulis-Ohnuma, 3041217
*Printed name and bar number*

260 Madison Avenue, 17th Floor
New York, NY 10016
*Address*

zach@zmolaw.com
*E-mail address*

(212) 685-0999
*Telephone number*

(212) 685-0922
*FAX number*