# LAW OFFICE OF
# ZACHARY MARGULIS-OHNUMA

April 17, 2018

**Via Email and ECF**

David Gopstein
Assistant United States Attorney
Eastern District of New York
271 Cadman Plaza East
Brooklyn, NY 11201

RE: <u>U.S. v. Naray Palaniappan</u>, 15 Cr. 485

Dear Mr. Gopstein:

This office represents the defendant Naray Palaniappan in the above-captioned case. I write pursuant to Rule 16 of the Federal Rules of Criminal Procedure to request the following materials:

1.   The "unique identifier" generated by the Network Investigative Technique ("NIT") used to distinguish data sent by Mr. Palaniappan's computer from that of other "activating" computers. <u>See</u> Attachment B of NIT Warrant ¶ 2.

2.   The portion of the NIT code that generated the "unique identifier" sufficient for our office to verify the degree to which the identifier was unique as to each visitor to the PlayPen website.

3.   The portion of the NIT code that identified the type of operating system running on the computer targeted by the NIT. <u>See</u> Attachment B of NIT Warrant ¶ 3.

# Law Office of Zachary Margulis-Ohnuma

4.     The source code, Hypertext Markup Language
       ("HTML"), or other scripting language for the
       PlayPen login page and the page immediately after
       the user logs into PlayPen.

5.     The "instructions sent to [Mr. Palaniappan's]
       computer and executed that produced the NIT
       results." See ECF No. 24 at 4 (June 16, 2016 Gov't
       Discovery Response Letter).

6.     The "two-way network data stream showing the data
       sent back-and-forth between the defendant's
       computer and the government-controlled computer as
       a result of the execution of the NIT." Id.

7.     The Internet Protocol address of the "government-
       controlled computer" that the NIT sent data to. Id.

8.     Any and all 'cookies' that were sent to Mr.
       Palaniappan's computer by either the NIT or the
       PlayPen website.

Due to the financial limitations of our client, we are
unable to retain a computer expert that can travel to the
FBI office in New York. We therefore respectfully request
that the foregoing information be provided to our office
via U.S. Mail or email.

Thank you for your attention to this case.

                              Very truly yours,

                              *Adam Elewa*

                              Adam Elewa