UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-against-

NARAY PALANIAPPAN,
#86225-053

                      Defendant.

**ORDER**

**15 Cr. 485 (FB)**

**BLOCK, Senior District Judge:**

      The defendant's motion for compassionate release is denied without prejudice to renewal if circumstances change.  In the meantime, the government shall submit to the Court any information it is able to obtain regarding the decision of the Bureau of Prisons ("BOP") to release Paul Manafort.

      Moreover, as discussed at oral argument, the Court has some concerns about the treatment the defendant is receiving at FCI Loretto.  Accordingly, the Court is scheduling a telephone conference for  <u>September 17</u>, 2020, at  <u>_11AM</u>, at which time the Bureau of Prisons shall show cause why the Court should not enter the proposed order attached hereto as Exhibit A.  The government shall provide a copy

of this Order to the appropriate personnel at BOP and file a certificate of service identifying same.

**SO ORDERED.**

/S/ Frederic Block
Honorable Frederic Block
United States District Judge

Brooklyn, New York
August  27 , 2020

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-against-

NARAY PALANIAPPAN,

#86225-053

Defendant.

**[PROPOSED] ORDER**

**15 Cr. 485 (FB)**

ORDER DIRECTING THE BUREAU OF PRISONS TO PROVIDE
NARAY PALANIAPPAN WITH A GLUCOSE MONITORING DEVICE AND
ADDITIONAL MEDICAL SERVICES TO TREAT HIS DIABETES

It is hereby ORDERED that the Bureau of Prisons shall forthwith provide the defendant, NARAY PALANIAPPAN, a personal glucose monitoring device and the necessary medical materials needed for the defendant to use the device three to five times per day to check his blood glucose levels; and it is further

ORDERED that the Bureau of Prisons shall immediately provide the defendant, NARAY PALANIAPPAN, with diabetes education regarding the proper management of his blood sugar levels and diabetic condition; and it is further

ORDERED that the Bureau of Prisons shall, as soon as practicable, have the defendant, NARAY PALANIAPPAN, evaluated by a board-certified endocrinologist with a sub-specialty in diabetes in order to determine what further treatment is required.

Dated:   New York, New York
        August _____, 2020

                                              Honorable Frederic Block
                                              United States District Judge

CC:   BY ECF TO ALL COUNSEL
       BY EMAIL AND FAX TO FCI LORETTO in Loretto, Pennsylvania